IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:15-CR-00404 HEA (NAB) |
| DWAYNE RAINEY, | ) ) ) |
| Defendant. | ) |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Edward K. Fehlig, Jr., and respectfully requests leave to withdraw as counsel for Defendant. Attorney Raphael Morris, II has filed his Entry of Appearance on this case.

WHEREFORE, in the interest of justice and for good cause shown, it is prayed that the Court grant Defendant's motion to withdraw as counsel.

Respectfully submitted,

s/ Edward K. Fehlig, Jr.
Edward K. Fehlig, Jr.
3002 South Jefferson Avenue, Suite 207
St. Louis, Missouri 63118
Telephone: (314) 359-5690
Fax: (888) 892-7819
BAR# MO53498

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the United States Attorney's Office.

/s/ Edward K. Fehlig, Jr.